USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,  :
: 16-CR-593 (VEC)
      -against-  :
: <u>ORDER</u>
PAAL KLYKKEN,  :
:
                       Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 18, 2016, Defendant Paal Klykken was arrested on a Complaint that charged him with one count of violating 18 U.S. C. § 2422;

      WHEREAS, following Mr. Klykken's March 18, 2016 arrest, on September 1, 2016, he pled guilty pursuant to a plea agreement to a single count of receiving material containing child pornography in violation of 18 U.S.C. § 2252(a)(2)(B), (b)(1) and 2;

      WHEREAS, on February 3, 2017, Mr. Klykken was sentenced to 78 months imprisonment and a seven-year period of supervised release pursuant to his guilty plea, *see* Judgment, Dkt. 35; Amended Judgment, Dkt. 43;

      WHEREAS on July 7, 2021, Mr. Klykken informed the Court that South Carolina's records indicate that he has been convicted of coercion or enticement of a minor in violation of 18 U.S.C. § 2422 and receipt of child pornography in violation of 18 U.S.C. § 2422(A)(2)(A), *see* Letter, Dkt. 55; Exhibit B, Dkt. 55-2; and

      WHEREAS Defendant requests, without objection from the Government, that the Court issue an Order directing South Carolina to correct their records, Letter, Dkt. 55;

      IT IS HEREBY ORDERED that Defendant's request for an order directing the State of South Carolina to amend its records is DENIED without prejudice to the Defendant

demonstrating (a) that this Court has the power to enter such an order and (b) why proceeding in this court, rather than before a court in South Carolina, is appropriate.

**SO ORDERED.**

**Date: July 8, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**